# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00238-CV

**In re James Cary Long**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

On April 26, 2006, relator James Cary Long filed his petition for writ of mandamus and motion to stay the underlying proceedings. Relator and the real parties in interest have now filed a joint motion to dismiss the proceeding, stating that they have resolved their dispute. We grant the motion and dismiss the original proceeding, as well as any pending motions filed by the parties.

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Filed: June 8, 2006